IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:12-CV-168-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BAKER PERSONAL PROPERTY, | ) |
| SPECIFICALLY: | ) |
| A REMINGTON 870 12 GAUGE SHOTGUN, | ) |
| SERIAL NUMBER AB290469A; | ) |
| A HIGH POINT ARMS .45 CALIBER | ) |
| HANDGUN, SERIAL NUMBER 336971; | ) |
| A .45 CALIBER MAGAZINE; | ) |
| A WALTHER P22 MAGAZINE; | ) |
| THIRTY NINE (39) ROUNDS OF .45 | ) |
| CALIBER AMMUNITION; | ) |
| TWENTY TWO (22) ROUNDS OF 12 | ) |
| GAUGE SHOTGUN AMMUNITION; | ) |
| FORTY TWO (42) ROUNDS OF 9MM | ) |
| AMMUNITION; | ) |
| SEVEN (7) ROUNDS OF .22 CALIBER | ) |
| AMMUNITION; | ) |
| CAMOUFLAGE SHOT GUN SLING, | ) |
| | ) |
| Defendants. | ) |

**DEFAULT JUDGMENT**

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the potential claimant of the defendants and that publication was not required, the Court finds that:

1. Process was duly issued in this cause and the

1

defendants were duly seized by the U. S. Department of Homeland Security pursuant to said process;

2. No entitled persons have filed any claim to the defendant nor answer regarding them within the time fixed by law; and

3. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America;

4. This Court entered Default in this action at Docket Entry # _14_; and

5. The U. S. Department of Homeland Security is hereby directed to dispose of the defendants according to law.

SO ORDERED this _5_ day of _August_, 2013.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2